■    In the Matter of JOAN HUGHES, Respondent, v DONALD HUGHES, Appellant.—In a support proceeding (which had been commenced in the Family Court, Kings County), the husband appeals from an order of the Family Court, Richmond County, dated December 13, 1976, which, *inter alia,* granted the petitioner-respondent wife a counsel fee in the sum of $1,000, plus expenses, for her defense of an appeal to this court, which was decided on November 20, 1976 *(Matter of Hughes v Hughes,* 54 AD2d 983). Order affirmed, with $50 costs and disbursements. In our opinion the award of the counsel fee, plus expenses, represented a proper exercise of discretion. Martuscello, J. P., Latham, Shapiro and O'Connor, JJ., concur.